**MRS**  *INNOVATIVE SOLUTIONS. REAL RESULTS.*

Dear Lauren L Obyrne

Enclosed please find the documents you have requested.

If you have any questions or require additional information, please do not hesitate to contact us.

Yours truly,

MRS BPO, LLC

Enclosures

This communication is from a debt collector.